

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2023

No. 04-23-00129-CV

Felipe **GOMEZ**,
Appellant

v.

Oscar **STILLEY** and Alan Braid,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI19940
Honorable Norma Gonzales, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is unable to afford payment of court costs. We do not tax any costs of court for this appeal.

It is so **ORDERED** on March 22, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2023.

_____
Michael A. Cruz, Clerk of Court